

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00101-CV

In the Interest of **K.K.M.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI12360
Solomon Casseb III, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED.

SIGNED June 27, 2018.

_____
Karen Angelini, Justice